**Calvin Lee HICKS, III, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 06–13285

United States Court of Appeals, Eleventh Circuit.

March 12, 2007.

Glenda G. Cochran, Cochran & Associates, Birmingham, AL, for Plaintiff–Appellant.

Joyce White Vance, Taffi S. Stewart, E. Britton Monroe, Abigail Lounsbury Mor-

row, Lloyd, Gray & Whitehead, P.C., Jenny Lynn Smith, U.S. Attorney's Office, Birmingham, AL, Earl T. Forbes, Spurrier Rice & Hall, Huntsville, AL, for Defendants–Appellees.

Before DUBINA and COX, Circuit Judges, and SCHLESINGER,* District Judge.

PER CURIAM:

After reading the parties' briefs, reviewing the record, and conducting oral argument, we conclude that genuine issues of material fact exist in this case which preclude the grant of summary judgment. Accordingly, we vacate the district court's judgment and remand this case for a trial.

**VACATED and REMANDED.**